U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00155)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR - 2 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: 

DISTRICT COURT NO.  3:21CR0004

MAGISTRATE CASE NO.

X Indictment               Information                 Magistrate's Complaint
DATE: March 2, 2021        DATE:                       DATE:

**UNITED STATES OF AMERICA**
vs.
**ROBERT PURBECK, A/K/A LIFELOCK, A/K/A STUDMASTER, A/K/A STUDMASTER1**

INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Michael Herskowitz
Defense Attorney: