# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       Plaintiff,<br>v.<br><br>**ROBERT PURBECK,**<br>       Defendant, | Case No. 21-mj-00451-REB<br>Charging District's Case No. 3:21CR0004<br><br>**COMMITMENT TO ANOTHER DISTRICT** |

The Defendant has been ordered to appear before the United States District Court for the Northern District of Georgia in Atlanta, Georgia, before the Honorable Christopher C. Bly on Monday, March 22, 2021 at 10 a.m. in Courtroom 2008.

The Defendant is requesting court-appointed counsel.

The Defendant appeared in Boise, Idaho for his initial appearance. He elected to waive his right to an identity hearing, and production of the warrant. The Government did not seek detention and the Defendant was released pending further proceedings on conditions.

The Clerk of this District shall promptly transmit the papers to the Northern District of Georgia.

Dated: **March 11, 2021**

*/s/ Ronald E. Bush*
Honorable Ronald E. Bush
United States Magistrate Judge

**COMMITMENT TO ANOTHER DISTRICT - 1**