# UNITED STATES MAGISTRATE COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Video Initial Appearance on a Rule 5(c)(3) – Indictment
☒Defendant Waived Rule 5, preliminary hearing.

| | |
|---|---|
| **MAGISTRATE JUDGE: Ronald E. Bush** | DATE: March 5, 2021 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 9:30 am – 10:15 am via Zoom |
| | Boise, IDAHO |

## UNITED STATES OF AMERICA vs. ROBERT PURBECK
### Northern District of Georgia # CR 3:21CR0004
### IDAHO CASE # 1-21-mj-00451-REB

Counsel for: United States (AUSA): Justin Whatcott
   Defendant: Miles Pope, Federal Defender
   USPO: Gavin Zickefoose

☒Defendant placed under oath.  Waived personal appearance for today's proceeding.
☒Notice given re *Brady v Maryland* to defendant and counsel. Government objects to General Order No. 389, a motion to be filed in due course.
☒Defendant appeared in custody on an Indictment.
☒Copy of Indictment, appearing in custody on warrant from the Northern District of Georgia provided to Defendant.  The Court reviewed the Indictment.
☒Court provided initial appearance advising of all constitutional rights to Counsel/the charging document/Rule 5 proceedings/detention proceedings.
☒Court reviewed and qualified Financial Affidavit, and appointed Counsel.
☒Order entered appointing Federal Defender.
☒**Rule 5** Waived
☒Waived Preliminary Hearing in the District of Idaho
☒Defendant has an attorney in the Northern District of Georgia, and the Government has agreed with the pretrial conditions of release.
☒Defense counsel would like to have conditions include travel to Georgia for purposes of court proceedings and to meet with Georgia counsel. Counsel also requested to have defendant be allowed to access the Internet.

☒**ORDER:** Defendant released the defendant under Conditions of Release outlined in the pretrial services recommendation, and as stated on the record.  Pretrial services offices to work with defense counsel to establish an agreed upon area which cannot be searched by defendant via the Internet.

☒Docketing shall transmit documents to Northern District of Georgia Clerk.