IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:21-cr-451 |
| | ) | |
| Plaintiff, | ) | Charging District's Case No.: 3:21-cr-4 |
| | ) | |
| vs. | ) | WAIVER OF RULE 5 & 5.1 |
| | ) | HEARINGS |
| Robert Purbeck | ) | (Complaint or Indictment) |
| | ) | |
| Defendant. | ) | |

I understand that I have been charged in another district, the (name of the district/court)

Northern District of Georgia                                                                                      .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the Government for detention;

(6) request transfer of the proceedings to this district under Fed.R.Crim.P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3.4.2021

/s/ Robert Purbeck (confirm on record)
Defendant

Date: 3.4.2021

/s/ Miles Pope
Attorney's Signature

Miles Pope
Printed Name of Attorney