# U.S. District Court
## District of Idaho (LIVE Database) Version 6.3 (Boise - Southern)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00451-REB-1

Case title: USA v. Purbeck  
Other court case number: 3:21-CR-00004-UNA USDC - Northern District of Georgia (Newnan)

Date Filed: 03/04/2021  
Date Terminated: 03/11/2021

Assigned to: Judge Ronald E. Bush

**Defendant (1)**

**Robert Purbeck**  
*TERMINATED: 03/11/2021*

represented by **Idaho Federal Defender**  
Federal Defender Services of Idaho Inc  
702 West Idaho Street, Suite 1000  
Boise, ID 83702  
(208) 331-5500  
Email: joy_fish@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**William Miles Pope**  
Federal Defender Services of Idaho  
Trial Unit  
702 West Idaho Street, Ste. 1000  
Boise, ID 83702  
(208) 331-5500  
Email: miles_pope@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                             **Disposition**

None

---

**Plaintiff**

USA                                      represented by   **Justin D Whatcott**
                                                          United States Attorney's office
                                                          1290 West Myrtle Street, Suite 500
                                                          Boise, ID 83702
                                                          (208) 334-1049
                                                          Fax: (208) 334-1413
                                                          Email: Justin.Whatcott@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2021 | 7 | ORDER Setting Conditions of Release (Partially-executed) (Notice sent to USP & USM). Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (kt) (Entered: 03/05/2021) |
| 03/04/2021 | 1 | Rule 5(c)(3) Documents Received as to Robert Purbeck (Northern District of Georgia (Newnan))(Notice sent to USP & USM) (Attachments: # 1 Warrant, # 2 Docket sheet)(kt) |
| 03/04/2021 | 2 | DOCKET TEXT NOTICE OF *VIDEO HEARING as to Robert Purbeck (Notice sent to USP & USM) Video Initial Appearance - Rule 5(c)(3) set for 3/5/2021 09:30 AM in Video - Boise to Other location (Mountain Time) before Judge Ronald E. Bush..)*Instructions: Counsel to receive video link via separate notification. Members of the public may use the following to attend this matter via Audio ONLY: 1-669-254-5252, Meeting ID:160 712 5953, Meeting Password:097831. Persons granted remote access to proceedings are reminded of the general prohibition under federal law and Local Rule 83.1 against photographing, recording, and rebroadcasting of court proceedings.(jh) |
| 03/04/2021 | 5 | CJA 23 Financial Affidavit by Robert Purbeck (kt) Modified to correct date filed 3/5/2021 (kt). (Entered: 03/05/2021) |
| 03/04/2021 | 6 | WAIVER of Rule 5(c)(3) Hearing by Robert Purbeck (Notice sent to USP & USM) (kt) (Entered: 03/05/2021) |
| 03/05/2021 | 3 | Minute Entry for proceedings held before Judge Ronald E. Bush:Initial Appearance in Rule 5(c)(3) Proceedings as to Robert Purbeck held on 3/5/2021 (Notice sent to USP & USM) (Court Reporter/ESR jh.) Audio File Location via Zoom. (jh) |
| 03/05/2021 | 4 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Robert Purbeck. On the basis of the sworn financial affidavit, the Court finds Defendant is |

| | | |
|---|---|---|
| | | financially unable to retain counsel. It is hereby ORDERED that the Federal Defender Services of Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jh) |
| 03/05/2021 | 8 | SUPPLEMENT by Defendant Robert Purbeck (Fully-executed OSCR) re 7 Order Setting Conditions of Release (kt) |
| 03/11/2021 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Robert Purbeck. Defendant committed to District of Northern District of Georgia. (Notice sent to USP & USM). Signed by Judge Ronald E. Bush.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (kt) |
| 03/11/2021 | 10 | Notice to Northern District of Georgia of a Rule 5 or Rule 32 Initial Appearance as to Robert Purbeck. Your case number is: 3:21-CR-0004. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. The clerk will transmit restricted documents via email. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (kt) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2021 08:45:37 | | | |
| **PACER Login:** | RebeccaBachelor:5735912:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00451-REB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**