U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 22 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A (With Counsel)

CRIMINAL NO. 3:21-cr-00004

I, Robert Purbeck, defendant, having received a copy of the within Indictment, and having been arraigned, plead Not Guilty thereto to counts 1 through 11 thereof.

In Open Court this 22nd day of March 2021.

_____
SIGNATURE (Defense Attorney)
Andrew C. Hall

_____
SIGNATURE (Defendant)
Robert Purbeck

Hall Hirsh Hughes, LLC
Suite 450
150 East Ponce de Leon Avenue
Decatur, Georgia 30030

Phone: 404-638-5880
Bar Number: 318025

Filed in Open Court by:

(Signature)                                    Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12