IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 3:21-CR-0004-TCB-RGV |
| ROBERT PURBECK | : | |

### ORDER

Defendant Robert Purbeck's oral motion to modify the conditions of his pretrial release having come before the Court, and the government having consented and agreed to the requested modifications, the Court GRANTS Defendant's motion and modifies the conditions of Defendant's pretrial release, as follows:

1. Additional Conditions of Release numbers 15, 17, 18, and 19, [Dkt. 4-4], are hereby removed as conditions of pretrial release.

2. As conditions of his pretrial release, Defendant shall not do any of the following (a) access the dark-web or other cyber-criminal forums, (b) access, or attempt to access, any computer or computer server of any of the alleged victims in this case, which list of alleged victims the government has provided, or will be providing, to the defense.

1

3. Except as modified herein, all other conditions of pretrial release shall remain in effect.

This 26TH day of March, 2021.

_____
Hon. CHRISTOPHER C. BLY
United States Magistrate Judge
Northern District of Georgia