IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION FILE NO. |
| v. : | 3:21-cr-00004-TCB-RGV |
| : | |
| ROBERT PURBECK : | |

ORDER

Pending before the Court is "Defendant Robert Purbeck's Unopposed Motion for Extension of the Time to File Pretrial Motions and to Schedule Pretrial Conference," [Doc. 12], and for good cause shown, the motion is **GRANTED**. All pretrial motions in this case are due June 7, 2021, and the pretrial conference is rescheduled for **TUESDAY, JUNE 8, 2021, at 10:00 a.m.**

**IT IS HEREBY ORDERED** that the period between the previously scheduled date of the pretrial conference, April 6, 2021, and the rescheduled date, June 8, 2021, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the extension is warranted because discovery has not yet been produced, and because the discovery is voluminous, counsel will require additional time to review the discovery with his client once it is provided, and the interests of justice in granting the extension outweigh the defendant's and the public's rights to a speedy trial.

IT IS SO ORDERED, this 6th day of April, 2021.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE