# HALL HIRSH HUGHES, LLC

ATTORNEYS AT LAW
150 EAST PONCE DE LEON AVENUE, SUITE 450
DECATUR, GEORGIA 30030
TELEPHONE: 404/638-5880
FACSIMILE: 404/638-5879

April 30, 2021

Ms. Uzma Wiggins, Courtroom Deputy for
Hon. Timothy C. Batten, Sr.
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2142
Atlanta, Georgia 30303

Ms. Amanda Zarkowsky, Courtroom Deputy for
Hon. Russell G. Vineyard
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2027
Atlanta, Georgia 30303

    Re:    **LEAVE OF ABSENCE: ANDREW C. HALL**
                <u>United States of America v. Robert Purbeck</u>
                **Criminal Action No. 3:21-CR-0004-TCB-RGV**

Dear Ms. Wiggins and Ms. Zarkowsky:

    I am writing pursuant to Local Criminal Rule 57.1, NDGa., to notify the Court of my leaves of absence. I will be out of the office on the following dates for family vacation and other travel/personal obligations:

1. May 27, 2021 and May 28, 2021: personal leave/out-state travel.
2. June 18, 2021 through July 5, 2021 - out-of-town travel.

    I respectfully request that the Court not schedule any court appearances in the above-referenced action for those dates. Thank you for your consideration.

                                          Sincerely,
                                          */s/ Andrew C. Hall*
                                          Andrew C. Hall

Cc:    Michael Herskowitx, AUSA (via ECF service)
         Nathan Kitchens, AUSA (via ECF service)