

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*   *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

May 13, 2021

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Re:

| | |
|---|---|
| U.S. vs Matthews, et al. (1:19-CR-00221) | U.S. vs Ajmal (4:20-CR-31) |
| U.S. vs Pitts (1:19-CR-58) | U.S. vs Kent (4:17-CR-39) |
| U.S. vs Britt (1:20-CR-24) | U.S. vs King (1:20-CR-315) |
| U.S. vs Dmitriev (1:20-CR-487) | U.S. vs Maldonado (1:12-CR-319) |
| U.S. vs Purbeck (3:21-CR-4) | U.S. vs Turner (1:20-CR-312) |

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGA, that I will be out of the office on the following dates:

July 19, 2021 through July 30, 2021

I respectfully request that the Court not schedule any court appearances in the above-referenced matter for those dates.

Sincerely,

KURT R. ERSKINE
*United States Attorney*


*/s/ Michael V. Herskowitz*

MICHAEL V. HERSKOWITZ
*Assistant United States Attorney*

cc:  Via ECF
    Counsel for Defendant