IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 3:21-CR-0004-TCB-RGV |
| ROBERT PURBECK | : | |

ORDER

For good cause shown, Defendant Robert Purbeck's unopposed motion for continuance of the pretrial motions' deadline and pretrial conference is hereby GRANTED.

Defendant's pretrial motions shall be due on or before August 9, 2021. The pretrial conference shall be held on _____, 2021.

This delay shall be excluded from Speedy Trial Act calculations because the Court finds the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

SO ORDERED this _____ day of _____, 2021.

_____
Hon. Russell G. Vineyard
United States Magistrate Judge

1