IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

UNITED STATES OF AMERICA          :
                                  :    CRIMINAL ACTION FILE NO.
v.                                :    3:21-cr-00004-TCB-RGV
                                  :
ROBERT PURBECK                    :

ORDER

    Pending before the Court is defendant's "Unopposed Motion for Extension of Time to File Pretrial Motions and to Schedule Pretrial Conference," [Doc. 20], and for good cause shown, the motion is **GRANTED.**  All pretrial motions in this case are due October 12, 2021, and the pretrial conference is rescheduled for **WEDNESDAY, OCTOBER 13, 2021, at 9:30 a.m.**

    **IT IS HEREBY ORDERED** that the period between the previously scheduled date of the pretrial conference, August 10, 2021, and the rescheduled date, October 13, 2021, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The Court finds that the extension is warranted because discovery is not yet complete and counsel for defendant requires additional time to review the voluminous discovery that has been produced, and the interests of justice in granting the extension outweigh the defendant's and the public's rights to a speedy trial.

    IT IS SO ORDERED, this 6th day of August, 2021.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE