# HALL HIRSH HUGHES, LLC

ATTORNEYS AT LAW
150 EAST PONCE DE LEON AVENUE, SUITE 450
DECATUR, GEORGIA 30030
TELEPHONE: 404/638-5880
FACSIMILE: 404/638-5879

September 17, 2021

Ms. Uzma Wiggins, Courtroom Deputy for
Hon. Timothy C. Batten, Sr.
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2142
Atlanta, Georgia 30303

Ms. Amanda Zarkowsky, Courtroom Deputy for
Hon. Russell G. Vineyard
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2027
Atlanta, Georgia 30303

    **Re:**    **LEAVE OF ABSENCE: ANDREW C. HALL**
              **United States of America v. Robert Purbeck**
              **Criminal Action No. 3:21-CR-0004-TCB-RGV**

Dear Ms. Wiggins and Ms. Zarkowsky:

    I am writing pursuant to Local Criminal Rule 57.1, NDGa., to notify the Court of my leaves of absence. I will be out of the office on the following dates for family vacation and other travel/personal obligations:

1. October 1, 2021 and October 4, 2021- out-of-state travel.
2. October 22, 2021 and October 25, 2021- out-of-state travel.
3. November 18, 2021 through November 19, 2021, and November 22, 2021 through November 24, 2021 -out-of-state travel.
4. December 6 through December 7, 2021 – out- of- state travel.
5. December 27, 2021 through December 30, 2021- personal leave.
6. January 5, 2022 through January 7, 2022, and January 10 through 11, 2022- out-of-state travel.

      I respectfully request that the Court not schedule any court appearances in the above-referenced action for those dates. Thank you for your consideration.

                            Sincerely,
                            */s/ Andrew C. Hall*
                            Andrew C. Hall

Cc:    Michael Herskowitz, AUSA (via ECF service)
        Nathan Kitchens, AUSA (via ECF service)