IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION FILE NO. |
| v. | : | 3:21-cr-00004-TCB-RGV |
| | : | |
| ROBERT PURBECK | : | |

<u>ORDER</u>

Pending before the Court is defendant's "Unopposed Motion for Extension of Time to File Pretrial Motions and to Schedule Pretrial Conference," [Doc. 23], and for good cause shown, the motion is **GRANTED.**  All pretrial motions in this case are due December 13, 2021, and the pretrial conference is rescheduled for **TUESDAY, DECEMBER 14, 2021, at 10:30 a.m.**

**IT IS HEREBY ORDERED** that the period between the previously scheduled date of the pretrial conference, October 13, 2021, and the rescheduled date, December 14, 2021, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The Court finds that the extension is warranted because discovery is voluminous and counsel for the defendant requires additional time to review the material and determine the appropriateness of filing pretrial motions, and the interests of justice in granting the extension outweigh the defendant's and the public's rights to a speedy trial.

IT IS SO ORDERED, this 7th day of October, 2021.

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE