# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:21-cr-00004-TCB-RGV
### USA v. Purbeck
### Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 12/14/2021.

TIME COURT COMMENCED: 10:28 A.M.
TIME COURT CONCLUDED: 10:58 A.M.          TAPE NUMBER: FTR
TIME IN COURT: 00:30                       DEPUTY CLERK: Amanda Zarkowsky
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Robert Purbeck Not Present at proceedings |
| ATTORNEY(S) PRESENT: | Andrew Hall representing Robert Purbeck<br>Michael Herskowitz representing USA<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference/Teleconference |
| PRETRIAL CONFERENCE INFO: | Rule 404(b)(PTO ¶IV.C.-Defendant) Will be provided consistent with the Court's standing order.<br> Expert Witness- Goverment will provide expert summaries at least 10 days before trial. |
| MINUTE TEXT: | Pretrial conference conducted via telephone. The government's responses to the motions to suppress and the motion to dismiss, [Docs. 26 & 27] are due 1/31/2022. The defendant's replies are due 2/15/2022. The parties will confer regarding the content of a proposed consent order regarding the motion to compel, [Doc. 29], and notify the Court if another conference call with the defendant is required. Scheduling of the evidentiary hearing on the defendant's motion to suppress statements, [Doc. 25], is deferred until after briefing on the other motions. The defendant shall have until 1/14/2022 to file additional motions based on supplemental discovery. |
| EXCLUDABLE DELAY: | The defendant shall have until 1/14/2022 to file additional motions based on supplemental discovery. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial |