

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

March 11, 2022

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Drive, SW.
Atlanta, Georgia 30303

Courtroom Deputies                           Courtroom Deputies
U.S. Courthouse                              U.S. Courthouse
18 Greenville Street                         600 E. 1st Street
Newnan, Georgia 30264                        Rome, Georgia 30161

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office July 25, 2022, through August 5, 2022. I request that the Court not schedule any court appearances in the below-referenced matters for this date.

*United States v. Purbeck*, 3:21-CR-4

*United States v. Ochei.*, 1:21-CR-383

*United States v. Akhatsegbe*, 1:21-CR-416

*United States v. Turner*, 1:20-CR-312

*United States v. Kent*, 4:17-cr-39

Sincerely,

KURT R. ERSKINE
*United States Attorney*

/s/Michael V. Herskowitz

MICHAEL V. HERSKOWITZ
*Assistant United States Attorney*

cc: Counsel for Defendant