# HALL HIRSH HUGHES, LLC

ATTORNEYS AT LAW
150 EAST PONCE DE LEON AVENUE, SUITE 450
DECATUR, GEORGIA  30030
TELEPHONE: 404/638-5880
FACSIMILE: 404/638-5879

May 17, 2022

Ms. Uzma Wiggins,
Courtroom Deputy for Hon. Timothy C. Batten, Sr.
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2142
Atlanta, Georgia 30303

Ms. Amanda Zarkowsky,
Courtroom Deputy for Hon. Russell G. Vineyard
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2027
Atlanta, Georgia 30303

    Re:    **LEAVE OF ABSENCE: ANDREW C. HALL**
                 **United States of America v. Robert Purbeck**
                 **Criminal Action No.  3:21-CR-0004-TCB-RGV**

Dear Ms. Wiggins and Ms. Zarkowsky:

    I am writing pursuant to Local Criminal Rule 57.1, NDGa., to notify the Court of my leaves of absence.  I will be out of the office on the following dates for family vacation and other travel/personal obligations:

1. June 17, 2022 through June 28, 2022 -- out-of-state travel.
2. September 28, 2022 through Oct. 4, 2022 -- out of state travel.

    I respectfully request that the Court not schedule any court appearances in the above-referenced action for those dates.  Thank you for your consideration.

                               Sincerely,

                               /s/ *Andrew C. Hall*
                               Andrew C. Hall

Cc:    Michael Herskowitz, AUSA (via ECF service)
          Nathan Kitchens, AUSA (via ECF service)