IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  *v.*<br><br>ROBERT PURBECK,<br>          DEFENDANT. | Criminal Action No.<br><br>3:21-CR-00004-TCB-RGV |

## NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Brian Z. Mund herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States.

                                          Respectfully submitted,

                                          RYAN K. BUCHANAN
                                            *United States Attorney*

                                      /s/BRIAN Z. MUND
                                           *Trial Attorney*
                                      California Bar No. 324699
                                      Brian.Mund@usdoj.gov
                                      10th & Constitution Ave., NW
                                      John C. Keeney Building, Suite 600
                                      Washington, DC 20530
                                      (202) 598-6205   fax (202) 514-6113

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 16, 2022

                                        */s/ Brian Z. Mund*
                                        Brian Z. Mund
                                        *Trial Attorney*