**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:21CR-0004-TCB-RGV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Robert Purbeck | Witness Subpoena |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ganger, Sarah
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
451 W Waterbury Drive Meridian, ID 83646

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Andrew C. Hall
Hall Hirsh Hughes, LLC
150 East Ponce de Leon Avenue, Suite 450
Decatur, GA 30030

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 19 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Telephone Number: 208-841-3838

Signature of Attorney other Originator requesting service on behalf of:
Andrew C. Hall — Digitally signed by Andrew C. Hall Date: 2022.06.29 13:20:10 -04'00'
☒ DEFENDANT
TELEPHONE NUMBER: 404-550-5330
DATE: 6/29/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1 of 3
District of Origin No.: 19
District to Serve No.: 23
Signature of Authorized USMS Deputy or Clerk: Tommy J. Bradney
Date: 6/30/2022

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 7/28/22   Time: 1501   ☒ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: J. Aj

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) __Ganger, Sarah__
was received by me on (date) __7/29/22__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Served on/to Sarah Ganger @ 451 W Waterbury Dr, Meridian, ID__
on (date) __7/28/22__    ; or

☐ I returned the subpoena unexecuted because: _____


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/29/22__

_____
Server's signature

__Travis Humkey, Deputy U.S Marshal__
Printed name and title

__550 W Fort St. Ste.777 Boise, ID 83724__
Server's address

Additional information regarding attempted service, etc.: