# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
**United States Marshals Service**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:21CR-0004-TCB-RGV |
| DEFENDANT | TYPE OF PROCESS |
| Robert Purbeck | Witness Subpoena |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pacheco, Ryan (Detective, Ada County Sheriff's Office)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7200 Barrister Drive, Boise, ID 83704

FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta
AUG 19 2022
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Andrew C. Hall
Hall Hirsh Hughes, LLC
150 East Ponce de Leon Avenue, Suite 450
Decatur, GA 30030

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Telephone Number: 208-577-3000

Signature of Attorney other Originator requesting service on behalf of:
Andrew C. Hall (Digitally signed by Andrew C. Hall, Date: 2022.06.29 13:20:10 -04'00')
☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 404-550-5330
DATE: 6/29/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2 of 3
District of Origin No. 19
District to Serve No. 23
Signature of Authorized USMS Deputy or Clerk: Tammy J. Sladny
Date: 6/30/2022

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Detective Ryan Pacheco
Address (complete only different than shown above): 7200 Barrister Dr. Boise, ID 83704
Date: 7/18/2022
Time: 2:30 ☒ pm
Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
7/15/2022 - emailed Terry Derden from Ada County legal to arrange service.
7/14/2022 - spoke to Detective Ryan Pacheco via telephone, coordinated service.
7/18/2022 - served in person at Ada County Sheriff's office (1430)

Form USM-285
Rev. 03/21