IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>ROBERT PURBECK<br>A.K.A "LIFELOCK"<br>A.K.A " STUDMASTER"<br>A.K.A. "STUDMASTER1" | Criminal Action No.<br><br>3:21-CR-004 |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Alex R. Sistla herein files notice of his appearance in the above-styled case, and respectfully requests that he be added as counsel of record for the United States.

                                        Respectfully submitted,

                                        RYAN K. BUCHANAN
                                            *United States Attorney*

                                        /s/*Alex R. Sistla*
                                            *Assistant United States Attorney*
                                        Georgia Bar No. 845602
                                        Alex.Sistla@usdoj.gov
                                        *600 U.S. Courthouse*
                                        *75 Ted Turner Drive S.W.*
                                        *Atlanta, GA 30303*
                                        *(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 26, 2022

/s/ ALEX R. SISTLA
ALEX R. SISTLA
*Assistant United States Attorney*