# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:21-cr-00004-TCB-RGV
### USA v. Purbeck
### Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 09/01/2022.

TIME COURT COMMENCED: 10:18 A.M.
TIME COURT CONCLUDED: 4:30 P.M.
TIME IN COURT: 6:12
OFFICE LOCATION: Newnan
COURT REPORTER: Lori Burgess
DEPUTY CLERK: Amanda Zarkowsky

**DEFENDANT(S):** [1]Robert Purbeck Present at proceedings

**ATTORNEY(S) PRESENT:**
Andrew Hall representing Robert Purbeck
Michael Herskowitz representing USA
Brian Mund representing USA
Alex Sistla representing USA

**PROCEEDING CATEGORY:** Evidentiary Hearing

**MINUTE TEXT:** Evidentiary hearing began on defendants motion to suppress, [Doc. 25]. Witnesses sworn and testified: SA FBI Roderick Coffin; SA FBI James Pinette; Clark Harshbarger; Tucker Heap; Ryan Pacheco (by Zoom). Government's exhibits 1-7 admitted and retained by the Court. Defendant's exhibits 1-16 & 19 admitted and retained by the Court. Hearing concluded and will reconvene on 9/2/2022.