AO 187 (Rev. 7/87) Exhibit and Witness List 

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

USA

V.

ROBERT PURBECK

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21-CR-0004-TCB-RGV

| PRESIDING JUDGE<br>RUSSELL G.VINEYARD | PLAINTIFF'S ATTORNEY<br>MIKE HERSKOWITZ | DEFENDANT'S ATTORNEY<br>ANDREW HALL |
|---|---|---|
| TRIAL DATE(S)<br>9/1/2022 | COURT REPORTER<br>LORI BURGESS | COURTROOM DEPUTY<br>A.ZARKOWSKY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 9/1/2022 |  |  | WITNESS SWORN AND TESTIFIED SA FBI- RODERICK COFFIN |
|  |  | 9/1/2022 |  |  | WITNESS SWORN AND TESTIFIED SA FBI- JAMES PINETTE |
|  |  | 9/1/2022 |  |  | WITNESS SWORN AND TESTIFIED: CLARK HARSHBARGER |
|  |  | 9/1/2022 |  |  | WITNESS SWORN AND TESTIFIED: TUCKER HEAP |
|  |  | 9/1/2022 |  |  | WITNESS SWORN AND TESTIFIED: RYAN PACHECO |
| 1 |  | 9/1/2022 | Y | Y | PHOTO |
| 2 |  | 9/1/2022 | Y | Y | PHOTO |
| 3 |  | 9/1/2022 | Y | Y | PHOTO |
| 4 |  | 9/1/2022 | Y | Y | PHOTO |
| 5 |  | 9/1/2022 | Y | Y | CERTIFIED WEATHER REPORT |
| 6 |  | 9/1/2022 | Y | Y | CONSENT FORM |
| 7 |  | 9/1/2022 | Y | Y | CD EXHIBIT- AUDIO RECORDING OF VOICEMAIL |
|  | 1 | 9/1/2022 | Y | Y | PHOTOS |
|  | 2 | 9/1/2022 | Y | Y | PHOTOS |
|  | 3 | 9/1/2022 | Y | Y | PHOTOS |
|  | 4 | 9/1/2022 | Y | Y | PHOTOS |
|  | 5 | 9/1/2022 | Y | Y | PHOTOS |
|  | 6 | 9/1/2022 | Y | Y | PHOTOS |
|  | 7 | 9/1/2022 | Y | Y | PHOTOS |
|  | 8 | 9/1/2022 | Y | Y | PHOTOS |
|  | 9 | 9/1/2022 | Y | Y | PHOTOS |
|  | 10 | 9/1/2022 | Y | Y | PHOTOS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | | vs. | ROBERT PURBECK | CASE NO. 3:21-CR-0004-TCB-RGV |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 11 | 9/1/2022 | Y | Y | PHOTOS | |
| | 12 | 9/1/2022 | Y | Y | PHOTOS | |
| | 13 | 9/1/2022 | Y | Y | PHOTOS | |
| | 14 | 9/1/2022 | Y | Y | PHOTOS | |
| | 15 | 9/1/2022 | Y | Y | PHOTOS | |
| | 16 | 9/1/2022 | Y | Y | PHOTOS | |
| | 17 | 9/1/2022 | Y | N | FBI FORM FD 302 | |
| | 18 | 9/1/2022 | Y | N | HANDWRITTEN BIOGRAPHICAL INFORMATION | |
| | 19 | 9/1/2022 | Y | Y | THUMB DRIVE | |

Page __2__ of __2__ Pages