# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

UNITED STATES

V.

ROBERT PURBECK

## EXHIBIT AND WITNESS LIST

Case Number: 3:21-CR-004-TCB-RGV

| PRESIDING JUDGE<br>RUSSELL G. VINEYARD | PLAINTIFF'S ATTORNEY<br>MIKE HERSKOWITZ | DEFENDANT'S ATTORNEY<br>ANDREW HALL |
|---|---|---|
| TRIAL DATE (S)<br>9/2/2022 | COURT REPORTER<br>LORI BURGESS | COURTROOM DEPUTY<br>A.ZARKWOSKY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 9/2/2022 |  |  | WITNESS SWORN AND TESTIFIED: SARAH GANGER |
|  |  | 9/2/2022 |  |  | WITNESS SWORN AND TESTIFIED: ROBERT PURBECK |
|  |  | 9/2/2022 |  |  | WITNESS SWORN AND TESTIFIED: DR. JOHN ALLEN |
|  | 20 | 9/2/2022 | Y | Y | EXCERPT OF ADA COUNTY EMPLOYEE HANDBOOK |
|  | 21 | 9/2/2022 | Y | Y | ADVICE OF RIGHTS FORM |
|  | 22 | 9/2/2022 | Y | Y | PHOTO |
|  | 23 | 9/2/2022 | Y | Y | CURRICULUM VITAE- DR. JOHN ALLEN |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 8 |  | 9/2/2022 | Y | N | AFFIDAVIT OF SARAH GANGER |
| 9 |  | 9/2/2022 | Y | Y | COMPLAINT- NORTHERN DISTRICT OF IDAHO |
| 10 |  | 9/2/2022 | Y | Y | MOTION FILED IN NORTHERN DISTRICT OF IDAHO |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Print    Save As...    Export as FDF    Retrieve FDF File    New Page    Reset