IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 3:21-CR-0004-TCB-RGV |
| ROBERT PURBECK | : | |

**UNOPPOSED MOTION TO EXTEND AND**
**RESET THE POST-HEARING BRIEFING SCHEDULE**

Defendant Robert Purbeck hereby respectfully requests that the Court extend and reset the post-hearing briefing schedule and further requests that the Court issue a new briefing schedule once the hearing transcripts are filed and after consultation with both parties.  The reason for the request to reset the briefing schedule is because the transcripts have not been prepared yet due to the personal health matters of the court reporter.  The proposed plan to reset the briefing schedule once the transcripts are filed allows all health matters to be addressed appropriately as well as recognizing that the upcoming holidays may include leaves of absence by counsel from the practice of law.  The government agrees with and has no objection to this proposal.

Mr. Purbeck consents to the exclusion of the requested additional time from any Speedy Trial calculations.

1

WHEREFORE, for the reasons stated above, Defendant Robert Purbeck requests that the Court grant this motion and the relief sought herein.

Respectfully submitted, this 26th day of October, 2022.

/s/ *Andrew C. Hall*
Andrew C. Hall
Georgia Bar No. 318025
Hall Hirsh Hughes, LLC
150 E. Ponce de Leon Ave., Suite 450
Decatur, Georgia 30030
404/638-5880 (tel.)
404/638-5879 (fax)
andrew@h3-law.com
*Counsel for Defendant Robert Purbeck*

CERTIFICATE OF COMPLIANCE WITH TYPE AND FONT

AND CERTIFICATE OF SERVICE

I hereby certify that this motion has been prepared in Courier New font (13 pt.) and consistent with the Local Rules of this Court.

I further hereby certify that I have this date caused a true and correct copy of the foregoing UNOPPOSED MOTION TO EXTEND AND RESET POST-HEARING BRIEFING SCHEDULE to be served by filing it with the Clerk of Court using the ECF System that will send notification of such filing to:

Assistant United States Attorneys Michael Herskowitz, Nathan Kitchens, and Alex Sistla.

This the 26th day of October, 2022.

/s/ Andrew C. Hall
Andrew C. Hall