IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 3:21-CR-0004-TCB-RGV |
| ROBERT PURBECK | : | |

ORDER

For good cause shown, Defendant Robert Purbeck's unopposed motion to extend and reset the post-hearing briefing schedule is hereby GRANTED.  The Court will issue a new briefing schedule once the transcripts are filed and after consultation with the parties.

This delay shall be excluded from Speedy Trial Act calculations because the Court finds the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

SO ORDERED this _____ day of _____, 2022.


_____
Hon. Russell G. Vineyard
Chief United States Magistrate Judge

1