### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | |
| | :: | CRIMINAL CASE NO. |
| v. | :: | 3:21-CR-00004-TCB-RGV |
| | :: | |
| ROBERT PURBECK | :: | |

### ORDER

Pending before the Court is an "Unopposed Motion to Extend and Reset the Post-Hearing Briefing Schedule," [Doc. 74], and for good cause shown, the motion is **GRANTED**. The defendant's post-hearing brief on the defendant's motion to suppress statements, [Doc. 25], shall be filed by February 13, 2023, and the government's response brief is due by March 15, 2023. The defendant's reply shall be filed by April 5, 2023.

**IT IS HEREBY ORDERED** that the period between the original due date of the defendant's brief, November 7, 2022, and the extended date to complete the briefing, April 5, 2023, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the extension of time is warranted because the transcripts of the evidentiary hearing had not been prepared, and counsel require additional time to prepare their briefs now that the transcripts have been filed, and the interests of justice in granting the

extension outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED**, this 5th day of January, 2023.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE