# HALL HIRSH HUGHES, LLC

ATTORNEYS AT LAW
150 EAST PONCE DE LEON AVENUE, SUITE 450
DECATUR, GEORGIA  30030
TELEPHONE: 404/638-5880
FACSIMILE: 404/638-5879
WWW.H3-LAW.COM

January 13, 2023

Ms. Uzma Wiggins,
Courtroom Deputy for Hon. Timothy C. Batten, Sr.
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2142
Atlanta, Georgia 30303

Ms. Amanda Zarkowsky,
Courtroom Deputy for Hon. Russell G. Vineyard
United States District Court, Northern District of Georgia
75 Ted Turner Drive, S.W., Room 2027
Atlanta, Georgia 30303

Re: **LEAVE OF ABSENCE: ANDREW C. HALL**
<u>United States of America v. Robert Purbeck</u>
**Criminal Action No.  3:21-CR-0004-TCB-RGV**

Dear Ms. Wiggins and Ms. Zarkowsky:

I am writing pursuant to Local Criminal Rule 57.1, NDGa., to notify the Court of my leaves of absence.  I will be out of the office on the following dates for family vacation and other travel/personal obligations:

1. February 13, 2023 through February 20, 2023 - out-of-state-travel.
2. March 10, 2023 through March 13, 2023 - out-of-state-travel.
3. April 28, 2023 through May 1, 2023 - out-of-state-travel.
4. May 24, 2023 through May 26, 2023 - out-of-state-travel.

I respectfully request that the Court not schedule any court appearances in the above-referenced action for those dates.  Thank you for your consideration.

Sincerely,

/s/ Andrew C. Hall
Andrew C. Hall

Cc: Michael Herskowitz, AUSA (via ECF service)
Nathan Kitchens, AUSA (via ECF service)