IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 3:21-CR-0004-TCB-RGV |
| ROBERT PURBECK | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE REPLY BRIEF**

Defendant Robert Purbeck hereby respectfully requests that the Court extend the deadline for his Reply Brief to and through Tuesday, April 11, 2023. The government does not oppose this request for an extension.

At present, Mr. Purbeck's deadline to file his Reply Brief is Wednesday, April 5, 2023. For a combination of personal and professional reasons, counsel for Mr. Purbeck is requesting that the deadline to file his Reply Brief be extended by six days, making Tuesday, April 11, 2023 the new deadline to file the Reply Brief. Counsel for Mr. Purbeck has discussed this requested extension with counsel for the government, and the government has no objection to the requested extension.

Mr. Purbeck consents to the exclusion of the requested additional time from any Speedy Trial calculations.

1

WHEREFORE, for the reasons stated above, Defendant Robert Purbeck requests that the Court grant this motion and the relief sought herein.

Respectfully submitted, this 3rd day of April, 2023.

/s/ *Andrew C. Hall*
Andrew C. Hall
Georgia Bar No. 318025
Hall Hirsh Hughes, LLC
150 E. Ponce de Leon Ave., Suite 450
Decatur, Georgia 30030
404/638-5880 (tel.)
404/638-5879 (fax)
andrew@h3-law.com
*Counsel for Defendant Robert Purbeck*

## CERTIFICATE OF COMPLIANCE WITH TYPE AND FONT

## AND CERTIFICATE OF SERVICE

I hereby certify that this motion has been prepared in Courier New font (13 pt.) and consistent with the Local Rules of this Court.

I further hereby certify that I have this date caused a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF to be served by filing it with the Clerk of Court using the ECF System that will send notification of such filing to:

Assistant United States Attorneys Michael Herskowitz and Alex Sistla.

This the 3rd day of April, 2023.

/s/ Andrew C. Hall
Andrew C. Hall