IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.
: 3:21-CR-0004-TCB-RGV
ROBERT PURBECK :

ORDER

For good cause shown, Defendant Robert Purbeck's "Unopposed Motion for Extension of Time in which to File Reply Brief" is hereby GRANTED. Mr. Purbeck shall file his reply brief no later than Tuesday, April 11, 2023.

This delay shall be excluded from Speedy Trial Act calculations because the Court finds the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Russell G. Vineyard
Chief United States Magistrate Judge

1