

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

May 24, 2023

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303

Re: Leave of Absence – Assistant United States Attorney Alex R. Sistla

| | |
|---|---|
| *United States v. Marcus Watkins* | 1:06-cr-442-TCB-AJB |
| *United States v. Kimberly Williams* | 1:09-cr-378-MLB-RGV |
| *United States v. Kara Adams* | 1:10-cr-006-CAP-JFK |
| *United States v.* Kevin Loughery | 1:12-cr-382-CAP |
| *United States v. Michael Jon Kell* | 1:16-cr-121-ELR-AJB |
| *United States v. Jabari Lee Bonds* | 1:16-cr-143-RWS-CMS |
| *United States v. P. Patel, et al.* | 1:16-cr-353-SCJ-LTW |
| *United States v. Annie Ford* | 1:17-cr-211-MHC |
| *United States v. Samuel Lawrence* | 1:17-cr-266-MHC-JKL |
| *United States v. Kelvin Thirlkill* | 1:17-cr-320-ELR |
| *United States v. Michael Jon Kell* | 1:18-cr-139-ELR |
| *United States v. Joe Modile* | 1:18-cr-142-TWT |
| *United States v. Eddie Cook* | 1:18-cr-151-SCJ-JSA |

| | |
|---|---|
| *United States v. Samori T. Bolds* | 1:18-cr-296-MHC |
| *United States v. Chalmer Detling, II* | 1:18-cr-309-LMM-LTW |
| *United States v. Cory Smith* | 1:18-cr-456-WMR-JSA |
| *United States v. Emanuel Gray* | 1:18-cr-487-SCJ-LTW |
| *United States v. Lawrence Vereen* | 1:19-cr-001-MLB |
| *United States v. Monic Harrish* | 1:19-cr-014-MLB |
| *United States v. Vladimir Pierre* | 1:19-cr-168-ELR |
| *United States v. Mohammed Alam* | 1:19-cr-176-TCB-AJB |
| *United States v. Devin Herman* | 1:19-cr-195-AT |
| *United States v. Alfonzo Stevens* | 1:19-cr-209-WMR-AJB |
| *United States v. Diandra Bankhead* | 1:19-cr-287-TWT |
| *United States v. Kuo Pin Cheng* | 1:19-cr-288-AT |
| *United States v. Marcus Watkins* | 1:06-cr-442-TCB-AJB |
| *United States v. Kimberly Williams* | 1:09-cr-378-MLB-RGV |
| *United States v. Kara Adams* | 1:10-cr-006-CAP-JFK |
| *United States v.* **Kevin Loughery** | 1:12-cr-382-CAP |
| *United States v. Michael Jon Kell* | 1:16-cr-121-ELR-AJB |
| *United States v. Jabari Lee Bonds* | 1:16-cr-143-RWS-CMS |
| *United States v. P. Patel, et al.* | 1:16-cr-353-SCJ-LTW |
| *United States v. Annie Ford* | 1:17-cr-211-MHC |
| *United States v. Samuel Lawrence* | 1:17-cr-266-MHC-JKL |

| | |
|---|---|
| *United States v. Kelvin Thirlkill* | 1:17-cr-320-ELR |
| *United States v. Michael Jon Kell* | 1:18-cr-139-ELR |
| *United States v. Joe Modile* | 1:18-cr-142-TWT |
| *United States v. Eddie Cook* | 1:18-cr-151-SCJ-JSA |
| *United States v. Samori T. Bolds* | 1:18-cr-296-MHC |
| *United States v. Chalmer Detling, II* | 1:18-cr-309-LMM-LTW |
| *United States v. Cory Smith* | 1:18-cr-456-WMR-JSA |
| *United States v. Emanuel Gray* | 1:18-cr-487-SCJ-LTW |
| *United States v. Lawrence Vereen* | 1:19-cr-001-MLB |
| *United States v. Monic Harrish* | 1:19-cr-014-MLB |
| *United States v. Vladimir Pierre* | 1:19-cr-168-ELR |
| *United States v. Mohammed Alam* | 1:19-cr-176-TCB-AJB |
| *United States v. Devin Herman* | 1:19-cr-195-AT |
| *United States v. Alfonzo Stevens* | 1:19-cr-209-WMR-AJB |
| *United States v. Diandra Bankhead* | 1:19-cr-287-TWT |
| *United States v. Kuo Pin Cheng* | 1:19-cr-288-AT |
| *United States v. Syed Qadri* | 1:19-cr-290-JPB-JSA |
| *United States v. Terrell K. Williams* | 1:19-cr-295-TCB |
| *United States v. Todd Chrisley, et al.* | 1:19-cr-297-ELR-JSA |
| *United States v. Eddie Cook* | 1:19-cr-335-SCJ |

| | |
|---|---|
| *United States v. A. Thompson, et al.* | 1:19-cr-378-ELR-CMS |
| *United States v. Cassandra Clayton* | 1:19-cr-384-ELR |
| *United States v. Desmond Murray* | 1:19-cr-388-LMM-CCB |
| *United States v. Marcus A. Sabir* | 1:19-cr-426-SCJ |
| *United States v. Nnamdi Mgbodile* | 1:19-cr-439-MLB-JKL |
| *United States v. Denzale Good* | 1:20-cr-005-SCJ-CCB |
| *United States v. Necole Bland Smith* | 1:20-cr-138-SDG |
| *United States v. Deaveric Clayton* | 1:20-cr-143-TCB |
| *United States v. O. Nedelcu, et al.* | 1:20-cr-176-MHC |
| *United States v. Jason Alexis* | 1:20-cr-254-SDG |
| *United States v. Aleia Kadar* | 1:20-cr-311-SCJ |
| *United States v. Jena N. Pfifer* | 1:20-cr-383-SCJ |
| *United States v. Aaron Webb* | 1:20-cr-395-SDG |
| *United States v. Nathan Horton* | 1:20-cr-429-WMR-CMS |
| *United States v. Bart Ross* | 1:20-cr-432-LMM |
| *United States v. Katrise Jones, et. al* | 1:20-cr-456-MHC-RDC |
| *United States v. Lyiisa T. Leeper* | 1:20-cr-470-MLB-1 |
| *United States v. Travis Peterson* | 1:20-cr-484-ELR-JSA-1 |
| *United States v. Elvis Ogiekpolor* | 1:21-cr-016-WMR-RDC |
| *United States v. Eul Hwan Kim* | 1:21-cr-068-MHC |
| *United States v. Robert Whitley* | 1:21-cr-097-JPB |

| | |
|---|---|
| *United States v. Gee-Kung Chang* | 1:21-cr-109-AT-JSA |
| *United States v. Noni Whitley* | 1:21-cr-112-JPB |
| *United States v. Billy Calhoun* | 1:21-cr-150-WMR-LTW |
| *United States v. Daniel Deocampo* | 1:21-cr-298-SDG |
| *United States v. Mark Melnick* | 1:21-cr-300-LMM |
| *United States v. Vere Whyte* | 1:21-cr-333-WMR |
| *United States v. Tiyari E. Collins* | 1:21-cr-337-WMR |
| *United States v. Farah Collins* | 1:21-cr-338-WMR |
| *United States v. Melvin Castellanos* | 1:21-cr-348-TWT-JKL |
| *United States v. Bolaji Owolabi* | 1:21-cr-360-JPB-RDC |
| *United States v. Speedy Gonzalez* | 1:21-cr-387-WMR |
| *United States v. Samuel Odekhiran* | 1:21-cr-391-LMM-JK |
| *United States v. Shackelford, et al.* | 1:21-cr-454-WMR-RGV-1 |
| *United States v. Duriel Gray* | 1:22-cr-003-JPB |
| *United States v. Anthony Salandra* | 1:22-cr-053-LMM |
| *United States v. Kutina Crawford* | 1:22-cr-103-WMR |
| *United States v. Ebony Parks* | 1:22-cr-136-WMR |
| *United States v. Tiffany Gaines* | 1:22-cr-153-WMR |
| *United States v. Tamara Gaines* | 1:22-cr-199-WMR |
| *United States v. P. Westmoreland* | 1:22-cr-266-VMC |

| | |
|---|---|
| *United States v. Charles Parrino* | 1:22-cr-280-LMM |
| *United States v. Tiffany Brown* | 1:22-cr-359-TWT-JEM |
| *United States v. Omar Castillo* | 1:22-cr-448-TWT |
| *United States v. Devon Butler* | 1:22-cr-449-LMM |
| *United States v. Edwin Owie, et. al* | 1:22-cr-454-TWT |
| *United States v. Deborah McNeill* | 1:23-cr-009-TWT |
| *United States v. Elijah Wafer* | 1:23-cr-015-LMM-RDC |
| *United States v. Denzale Good* | 1:23-cr-00026-SCJ |
| *United States v. James Hughes* | 1:23-cr-038-WMR |
| *United States v. Shanif Punjani* | 1:23-cr-090-JPB |
| *United States v. Milan Patel* | 1:23-cr-126-LMM-JSA-1 |
| *United States v. Jennifer Sipe* | 2:18-cr-029-RWS-1 |
| *United States v. Edward Okenica* | 2:20-cr-007-SCJ-1 |
| *SEC v. Patel* | 2:23-cv-026-RWS |
| *United States v. Shun Xiao* | 3:20-cr-017-TCB-RGV |
| *United States v. Robert Purbeck* | 3:21-cr-004-TCB-RGV |
| *United States v. K. Lawson, et. al* | 3:21-cr-006-TCB-RGV |
| *United States v. Randy Crawford* | 3:21-cr-016-TCB |
| *United States v. Christopher Johnson* | 3:22-cr-001-TCB |
| *United States v. I. Momin, et. al* | 4:20-cr-016-SCJ |

Dear Courtroom Deputies:

    This letter is to notify the Court pursuant to Northern District of Georgia LCrR 57.1E(4), that I will be out of the office on overseas travel from June 9, 2023 to June 26, 2023. I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                             Sincerely,

                             RYAN BUCHANAN
                             *United States Attorney*

                             */s/ Alex R. Sistla*

                             ALEX R. SISTLA
                             *Assistant United States Attorney*

cc: Counsel for Record