```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                    NEWNAN DIVISION
```

UNITED STATES OF AMERICA    :
                            :
v.                          :    Criminal Action No.
                            :    3:21-CR-0004-TCB-RGV
ROBERT PURBECK              :

## ORDER

For good cause shown, Defendant Robert Purbeck's unopposed motion for extension of time in which to file his objections to the Magistrate Court's Report and Recommendation [Dkt. 87] is hereby GRANTED. Mr. Purbeck shall file his objections no later than June 26, 2023.

This delay shall be excluded from Speedy Trial Act calculations because the Court finds the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, *et seq*.

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Timothy C. Batten. Sr.
Chief United States District Judge

1