GRAYSHIFT

# GrayKey Progress Report

## Evidence ID: E6421001 1B188
## Examiner Name: CAM

GrayKey Serial Number: 68059dead4391f1d
GrayKey Software: OS Version: 1.14.2.24410001, App Bundle: 3.18.0
Report generation time: 2023-05-30 20:17:52 UTC



## Target Device Information

| Device Name | Rob's iPhone |
|---|---|
| Software Version | 11.4.1 [15G77] |
| Model | iPhone 8 Plus (Global) [iPhone10,2 D211AP] |
| Unique Device ID (UDID) | e042f1dd66f44c3b66482c69ea600a702ecbdf5a |
| Serial Number | DX3X11K3JCLQ |
| Unique Chip ID (ECID) | 4069366361202734 |
| ESN | 01ca7391ebe7f6dc |
| WiFi MAC Address | 74:9e:af:2c:77:70 |
| Bluetooth MAC Address | 74:9e:af:32:61:30 |
| Phone Number | 12088636957 |
| IMEI | 354838094781536 |
| Data Partition Size | 77.98GB (83735707648 bytes) |
| Lock State | Before First Unlock |
| Agent Version | 3.18.0 |
| Backup State | iCloud Backup, Last Backup Date: 2018-08-28 23:28:25 UTC |
| Owner Name | Rob Purbeck |
| Accounts | rpurbeck@gmail.com, jrjboise82@aol.com, robpurbeck@netzero.net |
| Passcode (or unlock mechanism) | 222999 |

## Event Log

2023-05-30 20:00:39 UTC: Initial access started.
2023-05-30 20:16:56 UTC: Initial access succeeded.
2023-05-30 20:16:58 UTC: On-device agent started. Device Time: 2019-09-03 03:35:37 -06:00
 Device Boot Time: 2019-09-03 02:58:53 -06:00   OS Version: 1.14.2.24410001   AL Version: 3.18.0
2023-05-30 20:16:58 UTC: Connected to on-device agent.
2023-05-30 20:17:08 UTC: Progress report generated.
2023-05-30 20:17:10 UTC: Passcode bruteforce started.
2023-05-30 20:17:22 UTC: Progress report generated.
2023-05-30 20:17:39 UTC: Passcode bruteforce started.
2023-05-30 20:17:40 UTC: Progress report generated.
2023-05-30 20:17:52 UTC: Progress report generated.
2023-05-30 20:17:55 UTC: Manual data extraction requested.
2023-05-30 20:17:55 UTC: Keychain extraction started.
2023-05-30 20:17:56 UTC: Keychain extraction complete. Result: Success
2023-05-30 20:17:56 UTC: Filesystem extraction started.


DEFENDANT'S EXHIBIT AA

GRAYSHIFT

2023-05-30 21:48:14 UTC: Filesystem extraction complete. Result:  Success
2023-05-30 21:48:15 UTC: Progress report generated.
2023-05-30 21:49:34 UTC: Progress report generated.
2023-05-31 10:51:22 UTC: Disconnected from on-device agent.
2023-06-02 15:29:15 UTC: Initial access succeeded.
2023-06-02 15:29:16 UTC: Connected to on-device agent.
2023-06-02 15:29:41 UTC: Passcode suggestions added.
2023-06-02 15:29:50 UTC: Passcode suggestions added.
2023-06-02 15:29:59 UTC: Passcode suggestions added.
2023-06-02 15:30:09 UTC: Passcode suggestions added.
2023-06-02 15:30:18 UTC: Passcode suggestions added.
2023-06-02 15:30:27 UTC: Passcode suggestions added.
2023-06-02 15:30:36 UTC: Passcode suggestions added.
2023-06-02 15:30:44 UTC: Passcode suggestions added.
2023-06-02 15:30:51 UTC: Passcode suggestions added.
2023-06-02 18:15:40 UTC: Disconnected from on-device agent.
2023-06-02 18:42:31 UTC: Initial access succeeded.
2023-06-02 18:42:33 UTC: Connected to on-device agent.
2023-06-02 18:43:05 UTC: Passcode suggestions added.
2023-06-02 18:43:15 UTC: Passcode suggestions added.
2023-06-02 18:43:26 UTC: Passcode suggestions added.
2023-06-02 18:43:35 UTC: Passcode suggestions added.
2023-06-02 18:43:41 UTC: Passcode suggestions added.
2023-06-02 18:43:47 UTC: Passcode suggestions added.
2023-06-02 18:44:01 UTC: Passcode suggestions added.
2023-06-02 18:44:06 UTC: Passcode suggestions added.
2023-06-02 18:44:11 UTC: Passcode suggestions added.
2023-06-02 18:44:16 UTC: Passcode suggestions added.
2023-06-02 18:44:29 UTC: Passcode suggestions added.
2023-06-02 18:44:51 UTC: Passcode suggestions added.
2023-06-05 10:52:40 UTC: Disconnected from on-device agent.
2023-06-06 19:24:43 UTC: Passcode suggestions added.
2023-06-06 19:50:42 UTC: Passcode bruteforce complete. Result: Success
2023-06-06 20:08:13 UTC: Initial access succeeded.
2023-06-06 20:08:15 UTC: Connected to on-device agent.
2023-06-06 20:08:22 UTC: Manual data extraction requested.
2023-06-06 20:08:22 UTC: Manual data extraction requested.
2023-06-06 20:08:23 UTC: Target device unlocked.
2023-06-06 20:08:23 UTC: Keychain extraction started.
2023-06-06 20:08:25 UTC: Keychain extraction complete. Result:  Success
2023-06-06 20:08:25 UTC: Filesystem extraction started.
2023-06-06 20:08:26 UTC: Target device unlocked.
2023-06-06 20:08:26 UTC: Keychain extraction started.
2023-06-06 20:08:28 UTC: Keychain extraction complete. Result:  Success
2023-06-06 20:08:28 UTC: Filesystem extraction started.
2023-06-06 20:08:30 UTC: Filesystem extraction complete. Result:  Error (-0x1)
2023-06-06 20:08:30 UTC: Manual data extraction requested.
2023-06-06 20:08:30 UTC: Target device unlocked.
2023-06-06 20:08:30 UTC: Keychain extraction started.
2023-06-06 20:08:32 UTC: Keychain extraction complete. Result:  Success

GRAYSHIFT

2023-06-06 20:08:32 UTC: Filesystem extraction started.
2023-06-06 22:30:30 UTC: Filesystem extraction complete. Result: Success
2023-06-06 22:30:35 UTC: On-device agent uninstalled.
2023-06-06 22:30:41 UTC: Progress report generated.
2023-06-06 22:34:03 UTC: Progress report generated.

## Extraction Result Summary

| Full Filesystem | 2023-06-06 22:30:31.690061 UTC |
|---|---|
| Extraction size | 64.43GB (69177100825 bytes) |
| SHA256 | af3f1026611ee17c21e94d7f0dbf22af83af52d9a952085d955c381a7ad0b799 |
| MD5 | 241205993b9b6905d82d1acff37a3302 |

| Keychain | 152 Keys, 9 Certificates, 103 Internet passwords, 989 General passwords |
|---|---|
| SHA256 | be3949932dca9b98eeeb30f0a83152a89cf90c036716f76fbf266322aa3720f3 |
| MD5 | 510faf65a6ced984594c478da3438e00 |