FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   10/24/2019

Beginning on August 27, 2019, pursuant to search warrant 1:19-MJ-10514-REB signed by United States Magistrate Judge Ronald E. Bush on August 30, 2019, writer created a forensic image of evidence item 1B198 described as "SEAGATE TOWER S/N NA8B08G5 (HARD DRIVE)".

Writer determined that 1B198 was encrypted with Veracrypt full disk encryption. Writer created three pieces of derivative evidence:

- DEAT19 - Clone of 1B198 (encrypted)
- DEAT21 - Unencrypted image of 1B198
- DEAT22 - Virtual disks extracted from DEAT21

The forensic image was stored on a forensically prepared hard disk drives. The details of the imaging process are documented in the attached CART tech reports. DEAT19, DEAT21, and DEAT22 were stored in the FBI Atlanta Evidence Control Room.



DEFENDANT'S EXHIBIT CC (Blumberg No. 5114)

Investigation on   10/23/2019   at   Atlanta, Georgia, United States (In Person)

File #   288M-AT-2050553                                          Date drafted   10/23/2019

by   COFFIN RODERICK FRANKLIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.