# DExT/CART TECH Imaging Worksheet

## Case Information

| UCFN#: 288A-AT-2050553 | Lab#: N/A | Legal Authority: ☒ Search Warrant ☐ Consent ☐ Other (Explain) |
|---|---|---|

Image Acquisition Site (Address): FBI Atlanta

| CART TECH(s)/Examiner(s): SA Roderick Coffin | Date: 8/17/19 |
|---|---|

## Computer / Laptop Information ☒ n/a (Check if not applicable)

| Mfg: | Model: | Serial #: |
|---|---|---|
| Lab Unique Identifier(s)#: | Other Identifier(s) if applicable: | Power Status: ☐ On ☐ Off |
| BIOS Date/Time: ☐ n/a | Actual Date / Time: | BIOS acquired method: ☐ Keystroke ☐ Other (Explain) |

## Hard Drive / Removable Media Information ☐ n/a (Check if not applicable)

| Mfg: ☒ Seagate ☐ Western Digital ☐ Maxtor ☐ Other (Explain) | Model: SRD0NF2 | Serial #: NA8B08GS |
|---|---|---|
| Size: 4.0 ☐ GB ☐ MB ☒ TB | Lab Unique Identifier(s)#: QAT18 | Type: ☒ SATA ☐ IDE ☐ SCSI ☐ SAS ☐ Other (Explain) |

## Imaging

| Imaging Tool: ☒ FTK Imager ☐ TDI ☐ Logicube ☐ Linux Boot CD ☐ Other (Explain) | Version#: 3.2.0.0 | Serial or Property #: F27678 |
|---|---|---|
| Writeblocker: ☒ Tableau ☐ WiebeTech ☐ Other (Explain) | Version#: t8u 1.5.01 | Serial or Property #: 600ecc13000840b8 |
| Workstation Information: ☐ n/a F2770718 | Start Date: 8/27/19 | End Date: ☐ Same as start date 8/28/19 |
| Image Verified: ☒ Yes ☐ No (Explain) | Image Type: ☒ E01 ☐ DD ☐ Other (Explain) | Image File Name: QAT18.e01 |
| Memory Capture ☐ Yes ☒ No | Encryption Encountered: ☒ Yes ☐ No | Memory Capture Tool Used: ☐ FTK Imager ☐ Other (Explain) N/A |
| Used Cert CryptHunter Disk ☐ Yes ☒ No | | |

## Labeled Image Exam Drive (DE)

| DE#: DEAT19 | Mfg: ☐ Seagate ☒ Western Digital ☐ Maxtor ☐ Other (Explain) | |
|---|---|---|
| Model: WD60EZRZ | Serial #: WD-WX71D65JEPCR | Size: 6.0 TB ☐ GB ☐ MB ☐ TB |

## COMMENTS

Initially imaged to intermediate HDD: Seagate SRD0NF2, S/N: NA8X7LRY, 8TB
Copied encrypted image to DEAT19

Last Revised Date: 11-15-2011

DEFENDANT'S EXHIBIT DD
Blumberg No. 5114

FBI-004703

```
------------------------------Start of TD3 Log Entry------------------------------

Task: Disk Wipe
Status: Ok
Created: Wed Sep 18 14:12:16 2019
Started: Wed Sep 18 14:12:16 2019
Closed:  Thu Sep 19 07:42:03 2019
Elapsed: 17 hours 30 min
User: Roderick Coffin
Case ID: <<not entered>>
Case Notes: <<not entered>>

Imager App: TD3
Imager Ver: 2.0.0
TD3 S/N: 000ecc11d33008

------------------------------Destination Disk------------------------------

Interface: SATA
Model:   WDC WD60EZRZ-00RWYB1
Firmware revision: 80.00A80
Serial number: WD-WX71D65JEPCR
Capacity in bytes: 6,001,175,126,016 (6.0 TB)
Block Size: 512 bytes
Block Count: 11,721,045,168
    Power-ON Block Count: 11,721,045,168
    HPA Block Count: 11,721,045,168
    DCO Block Count: 11,721,045,168

------------------------------Disk Wipe Results------------------------------

Status: Wiped Successfully
Wipe Verification: No Verification
Passes Requested: One Pass
Passes Completed: 1

------------------------------End of TD3 Log Entry------------------------------
```

```
Created By AccessData® FTK® Imager 3.2.0.0

Case Information:
Acquired using: ADI3.2.0.0
Case Number: 288A-AT-2050553
Evidence Number: QAT18
Unique Description:
Examiner: SA Roderick Coffin
Notes:

--------------------------------------------------------------

Information for F:\QAT18\QAT18:

Physical Evidentiary Item (Source) Information:
[Device Info]
 Source Type: Physical
[Drive Geometry]
 Cylinders: 486,401
 Tracks per Cylinder: 255
 Sectors per Track: 63
 Bytes per Sector: 512
 Sector Count: 7,814,037,167
[Physical Drive Information]
 Drive Model: Seagate Expansion+ Desk USB Device
 Drive Serial Number: NA8B08G5
 Drive Interface Type: USB
 Removable drive: False
 Source data size: 3815447 MB
 Sector count:    7814037167
[Computed Hashes]
 MD5 checksum:    7059b3d1edb4f5f49f23c01344687e4b
 SHA1 checksum:   3cd3e2414527cfd09d13f154779fe460b90affd0

Image Information:
 Acquisition started:   Tue Aug 27 15:56:45 2019
 Acquisition finished:  Wed Aug 28 21:48:42 2019
 Segment list:
  F:\QAT18\QAT18.E01
  F:\QAT18\QAT18.E02
  F:\QAT18\QAT18.E03
  F:\QAT18\QAT18.E04
  F:\QAT18\QAT18.E05
  F:\QAT18\QAT18.E06
  F:\QAT18\QAT18.E07
  F:\QAT18\QAT18.E08
  F:\QAT18\QAT18.E09
  F:\QAT18\QAT18.E10
  F:\QAT18\QAT18.E11
  F:\QAT18\QAT18.E12
```