FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Correction to DEAT22  **Date:** 02/18/2020

**From:** ATLANTA
    AT-CY2
    **Contact:** DEGROOD JAMES PAUL, 770-216-3104

**Approved By:** SSA Todd Renner

**Drafted By:** DEGROOD JAMES PAUL

**Case ID #:** 288M-AT-2050553    (U) THEDARKOVERLORD; PEACHTREE ORTHOPAEDIC CLINIC- VICTIM; ATHENS ORTHOPEDIC CLINIC - VICTIM/GEORGIA; COMPUTER INTRUSION - CRIMINAL
    288-AT-A8332905    (U) COMPUTER SCIENTIST MATTERS

**Synopsis:** (U) Additional attempt to export the VMs found on DEAT21 to DEAT22

**Reference:** 288M-AT-2050553 Serial 999

**Enclosure(s):** Enclosed are the following items:
1. (U) Imaging worksheet for DEAT22

**Details:**

A previous attempt was made to export the VMs on DEAT21 to DEAT22 on 10/03/19. Later it was seen that the disk appeared to still be in a wiped state. CS deGrood exported the VMs found on DEAT21 to DEAT22 on 02/13/2020.

Imagining worksheet attached as 1A.

♦♦

UNCLASSIFIED

