FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   10/04/2019

On October 3, 2019, pursuant to search warrant 1:19-MJ-10514-REB signed by United States Magistrate Judge Ronald E. Bush on August 30, 2019, writer created a forensic image of evidence item 1B181 described as "HP LAPTOP ELITE BOOK".

The forensic image was stored on a forensically prepared 2 TB Hitachi HDD S/N B9JB3D7F labelled DEAT18. The details of the imaging process are documented in the attached CART tech report. DEAT18 was stored in the FBI Atlanta Evidence Control Room.



DEFENDANT'S EXHIBIT FF
Blumberg No. 5114

Investigation on  10/03/2019  at  Atlanta, Georgia, United States (In Person)

File #  288M-AT-2050553                                     Date drafted  10/03/2019

by  COFFIN RODERICK FRANKLIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.