FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    10/28/2019

Beginning on October 3, 2019, pursuant to search warrant 1:19-MJ-10514-REB signed by United States Magistrate Judge Ronald E. Bush on August 30, 2019, writer created a forensic image of evidence item 1B184 described as "HP Z240 TOWER S/N ZVA6060RF1".

Writer determined that 1B184 contained multiple partitions. At least two of the partitions contained unrecognized file systems and may be encrypted.

The forensic image was stored on a forensically prepared hard disk drives. The details of the imaging process are documented in the attached CART tech report. DEAT23 were stored in the FBI Atlanta Evidence Control Room.



DEFENDANT'S EXHIBIT GG

Investigation on  10/25/2019  at  Atlanta, Georgia, United States (In Person)

File #  288M-AT-2050553                                    Date drafted  10/25/2019

by  COFFIN RODERICK FRANKLIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.