**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    08/16/2021

On August 12, 2021, pursuant to search warrant 1:19-MJ-10514-REB signed by United States Magistrate Judge Ronald E. Bush on August 30, 2019, writer created a forensic image of evidence item 1B184 described as "HP Z240 TOWER S/N ZVA6060RF1".

The forensic images were stored on forensically prepared hard disk drives DEAT35 and DEAT36. The details of the imaging process are documented in the attached CART tech report. DEAT35 and DEAT36 were stored in the FBI Atlanta Evidence Control Room.



DEFENDANT'S EXHIBIT HH

Investigation on   08/16/2021   at   Atlanta, Georgia, United States (In Person)

File #   288M-AT-2050553      Date drafted   08/16/2021

by   COFFIN RODERICK FRANKLIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.