FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/02/2021

On June 25, 2021, pursuant to search warrant 1:19-MJ-10514-REB signed by United States Magistrate Judge Ronald E. Bush on August 30, 2019, writer created a forensic image of evidence item 1B185 described as "MAC BOOK PRO S/N C02JKT67D853".

The forensic image was stored on a forensically prepared hard disk drive labelled DEAT34. The details of the imaging process are documented in the attached CART tech reports. DEAT34 was stored in the FBI Atlanta Evidence Control Room.



DEFENDANT'S EXHIBIT II

Investigation on   07/01/2021   at   Atlanta, Georgia, United States (In Person)

File #   288M-AT-2050553     Date drafted   07/01/2021

by   COFFIN RODERICK FRANKLIN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.