FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    08/07/2021

**Request:** On June 28, 2021, FBI Special Agent Roderick Coffin requested assistance from a Computer Scientist to image several digital evidence items.

**Evidence:** Two computers, five hard drives, and five USB devices were submitted.

1B149 - QAT20_HMR: One Acer Aspire laptop, serial#: LXR4R0200203758A421601

1B149 - QAT20_1_HMR: One Toshiba 250 GB hard drive, serial#: 802UT50HT

1B156 - QAT21_HMR: One Dell Latitude laptop, model#: D620, serial#: F1TSYB1

1B156 - QAT21_1_HMR: One Seagate 80 GB hard drive, serial#: 5NH1J3TT

1B145 - QAT22_HMR: One Maxtor 40 GB hard drive, serial#: E1K3JWBE

1B146 - QAT23_HMR: One Maxtor 40 GB hard drive, serial#: E1JNSF3E

1B179 - QAT24_HMR: One Western Digital 2 TB hard drive, serial#: WCC4M5ZCLXNU

1B191 - QAT25_HMR: One Seagate 500 GB hard drive, serial#: 9QG89QW4, inside an IOMEGA enclosure

1B191 - QAT26_HMR: One Western Digital easystore 4 TB hard drive, serial#: WCC4E5VES5PR

1B186 - QAT27_HMR: One SanDisk Cruzer flash memory drive, 2 GB

1B186 - QAT28_HMR: One PNY Attache flash memory drive, 8 GB



DEFENDANT'S EXHIBIT JJ (Blumberg No. 5114)

---

Investigation on 06/28/2021 at Atlanta, Georgia, United States (, Other (Computer Scientist Assistance))

File # 288M-AT-2050553, 288-AT-A8332905    Date drafted 08/03/2021

by Hesz M. Rivera

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

288M-AT-2050553

(U) Imaging of evidence items - 1B145, 1B146, 1B149, 1B156, 1B179, 1B186, and

Continuation of FD-302 of  1B191 ,On  06/28/2021 ,Page  2 of 2

1B186 - QAT29_HMR: One flash memory drive, 1 GB, with Porsche logo

1B186 - QAT30_HMR: One SanDisk Extreme flash drive, 480 GB

1B186 - NEAT1_HMR: One bluetooth adapter - no storage

**Summary:** Eight evidence items were imaged. Two items were partially imaged due to read errors. Two items were not imaged.

**Details:** A Tableau TX1 forensic duplicator was used to create forensic images. Evidence items QAT20_1_HMR, QAT21_1_HMR, QAT23_HMR, QAT24_1_HMR, QAT25_HMR, QAT27_HMR, QAT29_HMR and QAT30_HMR were imaged onto an FBI hard drive. Items QAT22_HMR and QAT28_HMR produced read errors while imaging, hence those items were not fully imaged. Item QAT26_HMR was not imaged, as it could possibly be encrypted. Item NEAT1_HMR was not imaged, as it does not contain user storage.

**Derivative Evidence:** Forensic images were saved onto an FBI hard drive.

DEAT20_HMR: One Western Digital 4TB hard drive, serial#: VBG849LR, containing the image files of QAT20_1_HMR, QAT21_1_HMR, QAT23_HMR, QAT24_1_HMR, QAT25_HMR, QAT27_HMR, QAT29_HMR and QAT30_HMR. This drive also contains partial data for QAT22_HMR and QAT28_HMR. Master copy.

**Disposition:** As requested by SA Coffin, evidence items were released to FBI SA Nathan Langmack. Derivative evidence item designated as DEAT20_HMR will be submitted to Evidence Control.