**GRAYSHIFT**

# GrayKey Progress Report

## Evidence ID: E6421002 1B189
## Examiner Name: CAM

GrayKey Serial Number: 68059dead4391f1d
GrayKey Software: OS Version: 1.14.2.24410001, App Bundle: 3.18.0
Report generation time: 2023-06-06 19:45:19 UTC

## Target Device Information

| Device Name | iPhone |
|---|---|
| Software Version | 12.1.4 [16D57] |
| Model | iPhone 7 (Global) [iPhone9,1 D10AP] |
| Unique Device ID (UDID) | 1a087bbf438a0f01f1194ea0f154c6e3ba033481 |
| Serial Number | C7CYC4JEHG6W |
| Unique Chip ID (ECID) | 7055695524462630 |
| ESN | 01b19cbfac2ee706 |
| WiFi MAC Address | 14:d0:0d:a4:7e:cd |
| Bluetooth MAC Address | 14:d0:0d:95:84:4e |
| Phone Number | 19862003058 |
| IMEI | N/A |
| Data Partition Size | 7.40GB (7940792320 bytes) |
| Lock State | After First Unlock |
| Agent Version | 3.18.0 |
| Backup State | iTunes Backup, Not Encrypted, Last Backup Date: Never |
| Owner Name | Robert Purbeck |
| Accounts | rpurbeck@adacounty.id.gov |
| Passcode (or unlock mechanism) | Escrow Unlock |

## Event Log

2023-05-31 15:39:21 UTC: Initial access started.
2023-05-31 15:40:31 UTC: Initial access succeeded.
2023-05-31 15:40:33 UTC: On-device agent started. Device Time: 2019-09-25 05:53:29 -06:00
 Device Boot Time: 2019-09-25 05:52:46 -06:00   OS Version: 1.14.2.24410001   AL Version: 3.18.0
2023-05-31 15:40:33 UTC: Connected to on-device agent.
2023-05-31 15:40:48 UTC: Passcode bruteforce started.
2023-05-31 15:41:04 UTC: Progress report generated.
2023-05-31 15:41:11 UTC: Passcode bruteforce started.
2023-05-31 15:41:17 UTC: Progress report generated.
2023-05-31 15:43:01 UTC: Manual data extraction requested.
2023-05-31 15:43:01 UTC: Keychain extraction started.
2023-05-31 15:43:02 UTC: Keychain extraction complete. Result:  Success
2023-05-31 15:43:02 UTC: Filesystem extraction started.
2023-05-31 15:57:45 UTC: Filesystem extraction complete. Result:  Success
2023-05-31 15:57:46 UTC: Progress report generated.


DEFENDANT'S EXHIBIT BB

2023-05-31 15:58:14 UTC: Progress report generated.
2023-05-31 16:08:16 UTC: On-device agent uninstalled.
2023-05-31 16:08:21 UTC: Progress report generated.
2023-05-31 16:08:37 UTC: Progress report generated.
2023-06-06 19:26:27 UTC: Initial access started.
2023-06-06 19:27:36 UTC: Initial access succeeded.
2023-06-06 19:27:38 UTC: On-device agent started. Device Time: 2019-10-01 09:37:55 -06:00  Device Boot Time: 2019-10-01 09:37:12 -06:00   OS Version: 1.14.2.24410001   AL Version: 3.18.0
2023-06-06 19:27:38 UTC: Connected to on-device agent.
2023-06-06 19:27:43 UTC: Escrow unlock detected.
2023-06-06 19:27:43 UTC: Progress report generated.
2023-06-06 19:27:49 UTC: Manual data extraction requested.
2023-06-06 19:27:49 UTC: Target device unlocked.
2023-06-06 19:27:49 UTC: Keychain extraction started.
2023-06-06 19:27:49 UTC: Keychain extraction complete. Result:  Success
2023-06-06 19:27:49 UTC: Filesystem extraction started.
2023-06-06 19:45:10 UTC: Filesystem extraction complete. Result:  Success
2023-06-06 19:45:15 UTC: On-device agent uninstalled.
2023-06-06 19:45:19 UTC: Progress report generated.
2023-06-06 19:46:21 UTC: Progress report generated.

## Extraction Result Summary

| Full Filesystem | 2023-06-06 19:45:11.400060 UTC |
|---|---|
| Extraction size | 7.66GB (8227730008 bytes) |
| SHA256 | 0d0ce2351a572c386ad6298be1dbbe3b3480572021343a851762ce517c97fe0c |
| MD5 | 1688d53c16e0c2d6b94d9a2177d1c148 |

| Partial BFU Filesystem | 2023-05-31 15:57:45.460144 UTC |
|---|---|
| Extraction size | 5.54GB (5944026982 bytes) |
| SHA256 | 71b3a3fc5df48f7889092c68c78a727af59e9ff8168f9f11e882f6382d5bc779 |
| MD5 | df675a80e281c774983d69921cefd2f3 |

| Keychain | 44 Keys, 11 Certificates, 68 Internet passwords, 179 General passwords |
|---|---|
| SHA256 | 5bd5c3372b6011637e6626469293dd0ff1d9896d06ea001861f5b9d4e3b59e36 |
| MD5 | a855a0489ebdffa3fa40ed7679d0bbd2 |