IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ROBERT PURBECK<br> A.K.A. "LIFELOCK"<br> A.K.A. "STUDMASTER"<br> A.K.A. "STUDMASTER1" | Criminal Action No.<br><br>3:21-cr-004-TCB-RGV |

**GOVERNMENT'S UNOPPOSED MOTION TO FILE A SUR-REPLY AS TO DEFENDANT'S MOTION TO SUPPRESS 2023 SEARCHES OF IPHONES**

    The United States of America, by Ryan K. Buchanan, United States Attorney, Michael Herskowitz, Nathan P. Kitchens, and Alex R. Sistla, Assistant United States Attorneys for the Northern District of Georgia, and Brian Z. Mund, Trial Attorney of the Department of Justice's Computer Crime and Intellectual Property Section, files this Unopposed Motion to File a Sur-Reply to correct the record in connection with the Government's response in opposition to Defendant Robert Purbeck's ("Purbeck") Motion to Suppress 2023 Searches of iPhones (Docs. 99, 101), showing the Court as follows:

    A sur-reply is necessary in this case so the Government may correct the record regarding whether Purbeck provided passcodes to the FBI that were in fact the passcodes for the iPhones 7 and 8 at issue in Purbeck's motion.  Purbeck, through his attorney Andrew Hall, does not oppose this motion to file a sur-reply.  The Government's proposed sur-reply is attached hereto as Exhibit "A."

WHEREFORE, the United States respectfully requests that its motion be granted.

Dated: October 11, 2023.

        Respectfully submitted,

        RYAN K. BUCHANAN
          *United States Attorney*

        /s/MICHAEL HERSKOWITZ
          ASSISTANT UNITED STATES ATTORNEY
        Georgia Bar No. 349515
        600 U.S. Courthouse
        75 Ted Turner Dr. SW
        Atlanta, GA 30303
        404-581-6000
        michael.herskowitz@usdoj.gov

        ALEX R. SISTLA
          *Assistant United States Attorney*
        Georgia Bar No. 845602
        alex.sistla@usdoj.gov

        NATHAN P. KITCHENS
          *Assistant United States Attorney*
        Georgia Bar No. 263930
        nathan.kitchens@usdoj.gov

        BRIAN Z. MUND
          *Trial Attorney, U.S. Department of Justice*
          *Computer Crime and Intellectual Property*
          *Section*
        CA Bar No. 324699
        Brian.Mund@usdoj.gov