# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:21-cr-00004-TCB-RGV
### USA v. Purbeck
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 03/19/2024.

TIME COURT COMMENCED: 10:51 A.M.
TIME COURT CONCLUDED: 11:09 A.M.
TIME IN COURT: 00:18
OFFICE LOCATION: Atlanta

COURT REPORTER: Denise Stewart
DEPUTY CLERK: Uzma Wiggins

| | |
|---|---|
| DEFENDANT(S): | [1]Robert Purbeck Present at proceedings |
| ATTORNEY(S) PRESENT: | Andrew Hall representing Robert Purbeck<br>Michael Herskowitz representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement; Notice of Sentencing |
| MINUTE TEXT: | Defendant sworn; signatures authenticated. Court questioned Dft thoroughly re his change of plea and finds that the guilty plea to Count 1 and 2 of the Indictment is knowingly, intelligently, and voluntarily made. Court accepts the plea and adjudges the Dft guilty. Sentencing set for June 13th in 3rd Floor Newnan Courtroom at 10:30 am. |
| HEARING STATUS: | Hearing Concluded |