IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

UNITED STATES OF AMERICA,

v

ROBERT PURBECK,
      Defendant.

CRIMINAL FILE NO.
3:21-cr-4-TCB

## TO THE ABOVE NAMED DEFENDANT:

By direction of the Honorable Timothy C. Batten, Sr., United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on **June 18, 2024 at 10:30 a.m.** for the imposition of sentence. On that date report to the U.S. Courthouse, 18 Greenville Street, 3rd Floor Courtroom, Newnan, GA where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900 of this building.)

KEVIN P. WEIMER

DEFENDANT: _____

COUNSEL: _____

By: _____
    Uzma S. Wiggins

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call Uzma Wiggins at 404-215-1422.

cc:  ☐ U.S. Attorney                ☐ Defendant