# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:21-cr-00004-TCB-RGV
### USA v. Purbeck
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 11/13/2024.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 12:58 P.M.           COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:28                        DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Newnan

| | |
|---|---|
| DEFENDANT(S): | [1]Robert Purbeck Present at proceedings |
| ATTORNEY(S) PRESENT: | Andrew Hall representing Robert Purbeck<br>Michael Herskowitz representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | See judgment in criminal case. |
| HEARING STATUS: | Hearing Concluded |