IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 3:21-CR-0004-TCB-RGV |
| ROBERT PURBECK | : | |

## MOTION TO APPEAL IN FORMA PAUPERIS

Defendant Robert Purbeck hereby respectfully moves for Court permission to proceed in forma pauperis on his direct appeal in this case to the United States Court of Appeals for the Eleventh Circuit. In support of this motion, Mr. Purbeck respectfully submits that he already has been found indigent by the Court, and he has been represented by court-appointed counsel under the Criminal Justice Act since at least September 2019, including through plea and sentencing. He currently is in custody and needs court-appointed counsel.

WHEREFORE, Mr. Purbeck respectfully requests that he be permitted to proceed in forma pauperis with his direct appeal and that, among other things, he be permitted to file and pursue his appeal without the need to pay any court, transcript, or filing fees or any other costs related to this appeal.

Respectfully submitted this 20th day of November, 2024.

/s/ Andrew. C. Hall
Andrew C. Hall
Georgia Bar No. 318025
Hall Hirsh Hughes, LLC
150 East Ponce de Leon Ave., Suite 450
Decatur, Georgia 30030
404/638-5881
andrew@h3-law.com
Attorney for Defendant Robert Purbeck

# **CERTIFICATE OF SERVICE**

     I hereby certify that this motion has been prepared in Times New Roman font (14 pt.) and consistent with the Local Rules of this Court.

 I further hereby certify that I have this date caused a true and correct copy of the foregoing MOTION TO APPEAL IN FORMA PAUPERIS to be served by filing it with the Clerk of Court using the ECF System that will send notification of such filing to:

Assistant United States Attorneys Michael Herskowitz

     This 20th day of November, 2024.

                        /s/ Andrew. C. Hall
                        Andrew C. Hall
                        Georgia Bar No.  318025