IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. |
| | : | 3:21-CR-0004-TCB-RGV |
| ROBERT PURBECK | : | |

# NOTICE OF APPEAL
[*In Forma Pauperis*]

Defendant Robert Purbeck hereby gives notice that he appeals to the United States Court of Appeals for the Eleventh Circuit from the March 19, 2024 guilty plea [Dkt. Nos. 116 and 118], and the sentence and Judgment and Commitment, as amended, announced on November 13, 2024, entered on November 14, 2024, and amended on November 15, 2024 by the Honorable Timothy C. Batten, Sr., in the United States District Court for the Northern District of Georgia, Newnan Division. [Dkt. Nos. 131, 132, and 134].

Mr. Purbeck requests that a copy of the complete record, including all pretrial hearing transcripts, guilty plea hearing transcripts, and sentencing hearing transcripts, filed or to be filed, be transmitted to the Eleventh Circuit for use in review of this case.

This Court previously has declared Mr. Purbeck to be indigent, and Mr. Purbeck has requested that he be allowed to pursue this direct appeal in forma pauperis. Mr. Purbeck is in custody.

Respectfully submitted, this 20th day of November, 2024.

        /s/ *Andrew C. Hall*
        Andrew C. Hall
        Georgia Bar No. 318025
        Hall Hirsh Hughes, LLC
        150 E. Ponce de Leon Ave., Suite 450
        Decatur, Georgia 30030
        404-638-5881 (tel.)
        andrew@h3-law.com
        Counsel for Defendant Robert Purbeck

CERTIFICATE OF COMPLIANCE WITH TYPE AND FONT
AND CERTIFICATE OF SERVICE
===

I hereby certify that this motion has been prepared in Times New Roman font (14 pt.) and consistent with the Local Rules of this Court.

I further hereby certify that I have this date caused a true and correct copy of the foregoing NOTICE OF APPEAL to be served by filing it with the Clerk of Court using the ECF System that will send notification of such filing to:

Assistant United States Attorney Michael Herskowitz

This 20th day of November, 2024.

/s/ Andrew C. Hall
Andrew C. Hall